# 10th CIR. FORM 4. DISCLOSURE STATEMENT

UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

## Fed. R. Civ. P. 26.1 and Tenth Circuit Rule 26.1 Disclosure Statement

| | |
|---|---|
| RETURN TO FREEDOM, a non-profit organization; FRONT RANGE EQUINE RESCUE, a non-profit organization; MEG FREDERICK; and ANGELIQUE REA<br><br>v.<br><br>DEB HAALAND, in her official capacity as Secretary of the U.S. Department of the Interior; TRACY STONE-MANNING, in her official capacity as Director of the Bureau of Land Management; KIMBERLEE FORSTER, in her official capacity as Field Manager of Rock Springs Field Office, Bureau of Land Management | Case No.  24-8056 |

Pursuant to Federal Rule of Appellate Procedure 26.1(a), (b), and/or (c), the undersigned, on behalf of _Rock Springs Grazing Association_____
[Party Name(s)]

certifies[1] as follows:

☐ The following parent corporation(s); publicly held corporation(s); organizational victim(s); and/or debtor(s) are disclosed as required by Fed. R. App. P. 26.1 (attach additional pages if necessary):

☒ There is no information to disclose pursuant to Fed. R. App. P. 26.1.

8/29/2024
_____
Date

/s/ Danielle R. Bettencourt
_____
Signature

---

[1] Pursuant to Federal Rule of Appellate Procedure 26.1(d)(3), this disclosure statement must be promptly updated whenever any of the information required under Fed. R. App. P. 26.1 changes.

1

## CERTIFICATE OF SERVICE

I hereby certify that:

    ☒    All other parties to this litigation are either: (1) represented by attorneys; or (2) have consented to electronic service in this case; or

    ☐    On _____ I sent a copy of this Disclosure Statement
                      [date]

_____
[name of party]

at_____,
[address]

the last known address/email address, by

_____.
[method of service]

_____
Date

_____
Signature