UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

## ENTRY OF APPEARANCE AND CERTIFICATE OF INTERESTED PARTIES

RETURN TO FREEDOM, a non-profit organization; FRONT RANGE EQUINE RESCUE, a non-profit organization; MEG FREDERICK; and ANGELIQUE REA

v.

DEB HAALAND, in her official capacity as Secretary of the U.S. Department of the Interior; TRACY STONE-MANNING, in her official capacity as Director of the Bureau of Land Management; KIMBERLEE FORSTER, in her official capacity as Field Manager of Rock Springs Field Office, Bureau of Land Management

Case No. 24-8056

## ENTRY OF APPEARANCE (10th Cir. R. 46.1(A))

In accordance with Tenth Circuit Rule 46.1, the undersigned attorney(s) hereby appear(s) as counsel for:

Rock Springs Grazing Association
_____
[Party or Parties][1]

_____

Appellee/Respondent - Intervenor _____, in the above-captioned case(s).
[Appellant/Petitioner or Appellee/Respondent]

| | |
|---|---|
| Danielle Bettencourt | Constance E. Brooks |
| Name of Counsel | Name of Counsel |
| /s/ Danielle Bettencourt | /s/ Constance E. Brooks |
| Signature of Counsel | Signature of Counsel |
| 1801 California St., #2600, Denver, CO 80202 (303) 830-2400 | 1801 California St., #2600, Denver, CO 80202 (303) 830-2400 |
| Mailing Address and Telephone Number | Mailing Address and Telephone Number |
| dbettencourt@fwlaw.com | cbrooks@fwlaw.com |
| E-Mail Address | E-Mail Address |

---

[1] Counsel must list each party represented. Do not use "et al." or generic terms such as "Plaintiffs." Attach additional pages if necessary.

# CERTIFICATE OF INTERESTED PARTIES (10th Cir. R. 46.1(D))

Pursuant to Tenth Circuit Rule 46.1(D), the undersigned certifies[2] as follows:

X     The following (attach additional pages if necessary) individuals and/or entities are not direct parties in this appeal but do have an interest in or relationship to the litigation and/or the outcome of the litigation. *See* 10th Cir. R. 46.1(D). In addition, attorneys not entering an appearance in this court, but who have appeared for a party in prior trial or administrative proceedings, are noted below.

Galen West, West Law Office, P.C. P.O. Box 1020, Rock Springs, WY 82902
P: (307) 362-3300; galen.west@westlawofficepc.com
Local counsel for Rock Springs Grazing Association

    There are no such parties/attorneys, or any such parties/attorneys have already been disclosed to the court.

8/29/24
Date

/s/ Danielle Bettencourt
Signature

---

[2] Pursuant to Tenth Circuit Rule 46.1(D)(6), this certificate must be promptly updated if the required information changes.

# CERTIFICATE OF SERVICE

I hereby certify that:

☒ All other parties to this litigation are either: (1) represented by attorneys; or (2) have consented to electronic service in this case; or

☐ On _____ I sent a copy of this Entry of Appearance Form to:
                            [date]

_____

at_____,

the last known address/email address, by _____.
                                                              [state method of service]

_____
Date

_____
Signature